Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Luz Marina Riascos Bermudez a/k/a Luz Marina Riascos, et al.,<br><br>Defendants. | CASE NO. 2:11-cv-02017-WDK-FMO<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT LUZ MARINA RIASCOS BERMUDEZ A/K/A LUZ MARINA RIASCOS, individually and d/b/a PESCADO MOJADO A/K/A EL PESCADO COM |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant LUZ MARINA RIASCOS BERMUDEZ A/K/A LUZ MARINA RIASCOS, individually and d/b/a PESCADO MOJADO A/K/A EL PESCADO COM, that the above-entitled action is hereby dismissed **without prejudice** against LUZ MARINA RIASCOS BERMUDEZ A/K/A LUZ MARINA RIASCOS, individually and d/b/a PESCADO MOJADO A/K/A EL PESCADO COM, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 29, 2012, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
The Honorable William D. Keller
United States District Court
Central District of California

Dated: NOV 1 9 2012